```
         IN THE UNITED STATES DISTRICT COURT

        FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ANTHONY AFRETTO, RANDALL ARTIS,
ROBERT HALLOCK, AJOY KAPILA,
RICHARD KAPSCH and RICK STICKLE,

                    Plaintiff,

      v.                                    ORDER
                                          07-cv-630-jcs
FEDERAL BUREAU OF PRISONS<

                    Defendant.
_____
```

Plaintiffs filed a complaint, paid the filing fee and served the defendant. Defendant shall respond to plaintiffs' motion for a preliminary injunction when it files its responsive pleading. Plaintiffs seek leave to serve interrogatories. Such leave is unnecessary as interrogatories may be served pursuant to Rule 33, Federal Rules of Civil Procedure.

SO ORDERED this <u>12th</u> day of December, 2007.

```
                        BY THE COURT:

                         /s/

                        _____
                        JOHN C. SHABAZ
                        District Judge
```