```
           IN THE UNITED STATES DISTRICT COURT

         FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ANTHONY AFRETTO, RANDALL ARTIS,
ROBERT HALLOCK, AJOY KAPILA,
RICHARD KAPSCH and RICK STICKLE,

                    Plaintiff,

     v.                                           ORDER
                                               07-cv-630-jcs
FEDERAL BUREAU OF PRISONS<

                    Defendant.
_____
```

Plaintiffs move for immediate consideration of their preliminary injunction. This motion will be denied so that the defendant has the opportunity to respond to the motion for a preliminary injunction at the time it serves its response.

SO ORDERED this 20th day of December, 2007.

                              BY THE COURT:

                               /s/

                              _____
                              JOHN C. SHABAZ
                              District Judge