```
            IN THE UNITED STATES DISTRICT COURT

          FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ANTHONY AFRETTO, RANDALL ARTIS,
ROBERT HALLOCK, AJOY KAPILA,
RICHARD KAPSCH and RICK STICKLE,

                      Plaintiff,

     v.                                           ORDER
                                               07-cv-630-jcs
FEDERAL BUREAU OF PRISONS<

                      Defendant.
_____
```

Plaintiff Richard Kapsch moves to dismiss him as a plaintiff in the above entitled action. This motion will be granted.

ORDER

IT IS ORDERED that plaintiff Richard Kapsch is DISMISSED as a plaintiff in the above entitled matter.

Entered this 2nd day of January, 2008.

BY THE COURT:

/s/

_____
JOHN C. SHABAZ
District Judge