IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ANTHONY AFRETTO, RANDALL ARTIS,
AJOY KAPILA, and RICK STICKLE,

               Plaintiff,

  v.                                           ORDER
                                                    07-cv-630-jcs

FEDERAL BUREAU OF PRISONS,

               Defendant.
_____

    Plaintiff Rick Stickle moves to compel a response to his interrogatories. He objects to the defendant's responses but has not provided a copy of the responses to the Court. Accordingly the Court will deny his motion at this time.

                                    ORDER

    IT IS ORDERED that plaintiff Rick Stickle's motion to compel discovery responses is DENIED at this time.

    Entered this 30th day of January, 2008.

                                    BY THE COURT:

                                    /s/

                                    _____
                                    JOHN C. SHABAZ
                                    District Judge