# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ANTHONY AFFETTO ,

       Plaintiff,

  v.

FEDERAL BUREAU OF PRISONS,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-630-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

That defendant Federal Bureau of Prisons is permanently enjoined from relying on 28 C.F.R. §§ 570.20 and 570.21 in determining plaintiff's eligibility for tranfer to a halfway house. Instead, defendant must determine plaintiff's eligibility using the factors listed in 18 U.S.C. § 3621(b).

THERESA M. OWENS

**Theresa M. Owens, Clerk**

/s/ Melissa Hardin

**by Deputy Clerk**

_____3/20/08_____
Date